**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, California 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs Travelers Property Casualty Company of America and Fidelity and Guaranty Insurance Company

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY, a Texas corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 5:18-cv-02213-MWF-SHK<br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**ORDER**<br><br>Date Action Filed: October 18, 2018<br>Trial Date: March 24, 2020 |

The Court, having read and considered the Stipulation re: Dismissal, orders as follows: This action is dismissed with prejudice in its entirety, with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: February 11, 2020

_____
THE HONORABLE MICHAEL W. FITZGERALD
JUDGE OF THE UNITED STATES DISTRICT COURT